UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RICARDO ESTRADA BARBARIN,<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | No. 5:22-cv-02279-VBF-BFM<br><br>ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Finding no error of law, fact or logic in the Report and Recommendation, the Court **OVERRULES** petitioner's objections and adopts the Report & Recommendation.

Accordingly, the petition is dismissed as second or successive.

Final judgment will be entered by separate document.

IT IS SO ORDERED.

June 18, 2025

/s/ Valerie Baker Fairbank
_____
Senior U.S. District Judge