JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RICARDO ESTRADA BARBARIN, <br> Petitioner, <br> v. <br> RAYMOND MADDEN, Warden, <br> Respondent. | No. 5:22-cv-02279-VBF-BFM <br> **JUDGMENT** |

IT IS ADJUDGED that the habeas corpus petition is dismissed as an unauthorized second-or-successive petition and the action is dismissed with prejudice.

DATED: June 18, 2025

/s/ Valerie Baker Fairbank
_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE